## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JOHNNY AUSTIN BENTON**                                                                 **PLAINTIFF**
**ADC #088246**

V.                                          NO. 4:22-cv-01137-JM

**CLARK**                                                                                **DEFENDANT**

### ORDER

The Court has received a Recommendation from Magistrate Judge Edie R. Ervin. After careful review of the Recommendation, Mr. Benton's timely objections, as well as a de novo review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Benton's complaint is DISMISSED, without prejudice, based on his failure to state a plausible constitutional claim for relief. The Court recommends that, in the future, this dismissal be considered a "strike" for purposes of 28 U.S.C. § 1915(g) and certifies that an *in forma pauperis* appeal of this dismissal would be frivolous and not taken in good faith. The Clerk is instructed to close this case.

IT IS SO ORDERED, this 9th day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE